## (January 17, 1974)

■ SYLVIA R. GROSS, Respondent, v. ALBERT M. GROSS, Appellant.— Order of the Supreme Court, New York County, entered June 25, 1973, which granted plaintiff temporary alimony, unanimously modified, on the law and the facts, by reducing the award of temporary alimony to $150 per week payable in said amount from the date of the entry of the order herein, and as so modified, affirmed, without costs and without disbursements. In our opinion, the award of temporary alimony at Special Term was excessive and the record does not warrant an award beyond the sum to which it is reduced herein. Appeal from order of Supreme Court, New York County, entered on July 6, 1973, unanimously dismissed as academic, without costs and without disbursements. Concur — McGivern, P. J., Murphy, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD MASTROGIACOMO, Appellant. — Judgment, Supreme Court, New York County, rendered on June 7, 1973, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — McGivern, P. J., Kupferman, Murphy and Capozzoli, JJ.